# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3091WM

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Western |
| v. | * | District of Missouri. |
| | * | |
| James Allen Taylor, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted:  February 9, 1999
Filed:   February 18, 1999

_____

Before FAGG and HANSEN, Circuit Judges, and ROSENBAUM,[*] District Judge.

_____

PER CURIAM.

James Allen Taylor appeals his conviction and sentence for interstate transportation of stolen securities.  Taylor contends the evidence is insufficient to support the jury's verdict.  Taylor also raises an argument about his sentence.  We reject Taylor's contentions and conclude that an extended discussion of the issues presented by this appeal will serve no useful purpose.  First, the record contains substantial evidence on which the jury reasonably could have found Taylor guilty of

_____

[*]The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota, sitting by designation.

the charge.  Second, the district court correctly determined Taylor's guidelines sentence.  We thus affirm Taylor's conviction and sentence.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.